```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  YOSHINORI H. T. HIMEL #66194
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2760

 5  Attorneys for Petitioners

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA, and      )  2:05-MC-416-GEB-DAD
11  MICHAEL FLATH, Revenue Officer,    )
    Internal Revenue Service,          )
12                                     )
                                       )  ORDER TO SHOW CAUSE RE:
13              Petitioner,            )  TAX SUMMONS ENFORCEMENT
                                       )
14       v.                            )  Taxpayer: ESTATE OF JAMES G.
                                       )            GILBERT
15                                     )
    JOHN P. ESTES and                  )
16  ENA G. ESTES,                      )  Date: August 5, 2005
                                       )  Time: 10:00 a.m.
17              Respondents.           )  Ctrm: 27 (8th Fl., DAD)
    _____)
18
```

19       Upon the verified petition of McGREGOR W. SCOTT, United States

20  Attorney for the Eastern District of California, and the Exhibits

21  attached thereto, including the declaration of Revenue Officer

22  MICHAEL FLATH, it is hereby:

23       ORDERED that the respondents, JOHN P. ESTES and ENA G. ESTES,

24  appear before United States Magistrate Judge Dale A. Drozd, in that

25  Magistrate Judge's courtroom in the United States Courthouse, 501

26  I Street, Sacramento, California, on August 5, 2005, at 10:00 a.m.,

27  to show cause why the respondents should not be compelled to obey

28  /////

the Internal Revenue Service summonses issued on December 16, 2004, and March 2, 2005.

It is further ORDERED that:

1. The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After hearing, the Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 72-304(a), with the original filed by the Clerk and a copy provided to all parties.

2. The petitioning Revenue Officer's group manager, and all federal employees designated by that group manager, hereby are appointed under Fed. R. Civ. P. 4 (c)(2), to serve process in this case.

3. A copy of this Order, together with the petition and its Exhibits, shall be personally served upon the respondent within 21 days of the date this Order is served upon the United States Attorney.

4. Proof of any service done pursuant to paragraph 3, above, shall be filed with the Clerk as soon as practicable.

5. The file reflects a prima facie showing that the investigation is conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed, <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964). The burden of coming forward has shifted to whoever might oppose enforcement.

/////

/////

6. If there is any defense or opposition to the petition, such defense or opposition shall be made in writing, supported by affidavit, and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

7. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

8. A respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause hearing, that the respondent has no objection to enforcement of the summons. The respondent's appearance at the hearing will then be excused.

9. The respondent is hereby notified that any respondent's failure to comply with this Order may subject that respondent to sanctions for contempt of court.

10. The Clerk shall forward a copy of this Order to the United States Attorney.

IT IS SO ORDERED.

DATED: June 17, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/flath0416.osc