1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for Petitioners

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, and      )     2:05-mc-416-GEB-DAD
    MICHAEL FLATH, Revenue Officer,    )
12  Internal Revenue Service,          )     **STIPULATION AND ORDER**
                                       )     **ENFORCING IRS SUMMONSES**
13              Petitioners,           )
                                       )     Taxpayer:  James G. Gilbert Estate
14         v.                          )
                                       )     Date:       August 5, 2005
15  JOHN P. ESTES and ENA G. ESTES,    )     Time:       10:00 a.m.
    Co-Executors, James G. Gilbert Estate, )  Ctrm:       27 (8th Fl., DAD)
16                                     )
                Respondents.           )
17  _____)

18

19       The parties hereby stipulate, subject to the approval of the Court as provided for

20  hereon, as follows:

21       1.  That all hearing dates in this action be vacated.

22       2.  That the IRS summonses in suit, issued December 16, 2004, and March 2, 2005, be

23  ENFORCED.

24       3.  That Respondents, JOHN P. ESTES and ENA G. ESTES, shall appear at the United

25  States Attorney's Office, PJKK Federal Building, 300 Ala Moana Boulevard, Suite 6100,

26  Honolulu, Hawaii 96850, at a time to be set in writing by Revenue Officer MICHAEL

27  FLATH, or his designated representative, then and there to be sworn, to give testimony, and

28

                                        1

1 | to produce for examining and copying the books, checks, records, papers and other data

2 | demanded by the summons, the examination to continue from day to day until completed.

3

4 | Dated:  July 29, 2005                                    McGREGOR W. SCOTT
                                                          United States Attorney

5
                                                   By:    /s/ Y H T Himel
6                                                         YOSHINORI H. T. HIMEL
                                                          Assistant U. S. Attorney
7

8 | Dated:  August 3, 2005                                  /s/ John P. Estes
                                                          JOHN P. ESTES
9

10
   | Dated:  August 3, 2005                                 /s/ Ena G. Estes
11                                                         ENA G. ESTES

12 |        ORDER APPROVING STIPULATION AND ENFORCING IRS SUMMONSES

13 |        1.  The parties' stipulation is APPROVED.

14 |        2.  All hearing dates in this action are VACATED.

15 |        3.  The IRS summonses in suit, issued December 16, 2004, and March 2, 2005, are

16 | ENFORCED.

17 |        4.  Respondents, JOHN P. ESTES and ENA G. ESTES, Co-Executors, James G.

18 | Gilbert Estate, shall appear at a time and place to be set in writing by Revenue Officer

19 | MICHAEL FLATH, or his designated representative, then and there to be sworn, to give

20 | testimony, and to produce for examining and copying the books, checks, records, papers and

21 | other data demanded by the summons, the examination to continue from day to day until

22 | completed.

23 |        It is SO ORDERED.

24 | DATED: August 4, 2005.

25

26                                                         DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE
27

28 | Ddad1/orders.civil/estes0416.stipord

                                    2