IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FLATH, Revenue Officer, Internal Revenue Service,<br><br>        Petitioners,<br><br>  v.<br><br>JOHN P. ESTES and ENA G. ESTES,<br><br>        Respondents.<br>_____/ | NO. MISC.S-05-0416 GEB DAD<br><br><br>ORDER |

      Pursuant to the Notice of Administrative Transfer and Suggestion to Close File filed by petitioners on February 22, 2006, IT IS HEREBY ORDERED that:

      1. This action is dismissed without prejudice; and

      2. The Clerk of the Court is directed to close the file.

DATED: March 3, 2006.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
DAD:lg                      UNITED STATES MAGISTRATE JUDGE
Ddad1/orders.civil/flath0416.dism